[No. 7202-5-II. Division Two. August 6, 1985.]

BURNS N. TALLMAN, ET AL, *Respondents,* v. COAST
DEVELOPMENT CO., INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Mason County, No. 82-2-00153-1, Carol A. Fuller, J., entered July

6, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Reed, J.